IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 11-01331 CW |
|     Plaintiff, | ORDER RE DEFAULT |
|     v. | |
| LANCE CHRISTIAN WHITE, et al., | |
|     Defendants. | |

    Default having been entered by the Clerk on June 7, 2011,

    IT IS HEREBY ORDERED that the Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of the motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, June 28, 2011 is continued to September 27, 2011.

Dated: 6/10/2011

CLAUDIA WILKEN
United States District Judge

cc: Sue