IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 11-01331 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| LANCE CHRISTIAN WHITE, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar  The Magistrate Judge shall prepare findings and recommendation on the motion.  The hearing noticed for August 25, 2011 is vacated.

Dated: 7/12/11

CLAUDIA WILKEN
United States District Judge

cc: Sue