IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 11-1331 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |
| v. | |
| LANCE CHRISTIAN WHITE, et al., | |
| Defendants. | |

The Court has reviewed Magistrate Judge Corley's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation. Plaintiff may file a motion for attorneys' fees within fourteen days, which will be referred to Magistrate Judge Corley.

Dated: **9/21/2011**

CLAUDIA WILKEN
United States District Judge