IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 11-01331 CW |
|     Plaintiff, | ORDER REFERRING MOTION FOR ATTORNEY FEES TO MAGISTRATE JUDGE |
|   v. | |
| LANCE CHRISTIAN WHITE, etal., | |
|     Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72-1, Plaintiff's Motion for Attorney Fees originally set for hearing before this Court on Thursday, November 17, 2011 is hereby referred to the Honorable Jacqueline Scott Corley, United States Magistrate Judge, for proposed findings of fact and recommendations for disposition.  The Magistrate Judge shall conduct proceedings authorized by 28 U.S.C. § 636(b)(1)(B) that appear necessary to formulate the proposed disposition, at the convenience of her calendar.  Counsel will be advised of the date, time and place of such proceedings by notice from Magistrate Judge Corley.

    IT IS SO ORDERED.

Dated: 9/29/2011

                              CLAUDIA WILKEN
                              United States District Judge

cc: MagRef; JCS