IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>LANCE CHRISTIAN WHITE, individually and as an officer, director, shareholder, and/or principal of RISE RESTAURANT LLC dba BRITISH BANKERS CLUB, and RISE RESTAURANT LLC dba BRITISH BANKERS CLUB,<br><br>    Defendants.<br>_____/ | No. C 11-1331 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR ATTORNEYS' FEES |

    The Court has reviewed Magistrate Judge Corley's Report and Recommendation Re Motion for Attorneys' Fees.  The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Attorneys' Fees is GRANTED. Plaintiff Joe Hand Promotions, Inc. shall recover from Defendant Lance Christian White, individually and as an officer, director, shareholder, and/or principal of Rise Restaurant LLC dba British Bankers Club, and Rise Restuarant LLC dba British Bankers Club $2902.06 representing $2266.67 in attorneys' fees and $635.39 in costs.

Dated: 12/23/2011

                                            CLAUDIA WILKEN
                                            United States District Judge